**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03374-CMA-CBS

MELISSA JOHNSON, an Individual,

    Plaintiff,

v.

D. CHRISTOPHER MAIN, and
KRISTEN L. MAIN, Individually and as Parents and Natural Guardians of
ETHAN MAIN, a Minor,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

ORDERED that Plaintiff's Motion to Dismiss (Doc. # 26) is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.  It is

FURTHER ORDERED that the Final Trial Preparation Conference, set for August 22, 2014, and the five-day Jury Trial, set to commence September 8, 2014, are VACATED.

    DATED:  June   27  , 2014

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge